| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | DEBORAH DOUGLAS (NYBN 2099372)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA  94012 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | Email: deborah.r.douglas@usdoj.gov |
| 9 | Attorneys for the United States of America |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA | ) NO. CR 13-00340 JST |
| 11 | v. | ) |
| 12 | JAMIE DEVON JACK | ) STIPULATION AND [PROPOSED] ORDER<br>) EXCLUDING TIME UNDER THE SPEEDY TRIAL<br>) ACT, 18.U.S.C. § 3161 ET SEQ. |
| 13 | Defendant. | ) |
| 14 | | ) |
| 15 | | |

The United States of America, by and through its attorney of record, and defendant Jamie Devon Jack ("defendant"), by and through his attorney of record, hereby stipulate as follows:

1. For the reasons stated in open court on November 1, 2013, and upon the defendant's request and consent, the Court continued the above-captioned matter to December 6, 2013 at 9:30 a.m., and excluded time under the Speedy Trial Act from November 1, 2013 through December 6, 2013 to provide defense counsel with additional time to investigate this case for effective preparation.

2. The parties stipulate and agree that this matter should be continued to December 6, 2013 and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from November 1, 2013 through December 6, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the

Stipulation and Order
*U.S. v. Jamie Devon Jack, CR 13-00340 JST*

public and the defendant in a speedy trial and also under section (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

DATED: November 4, 2013

MELINDA HAAG
United States Attorney

_____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

DATED: November 4, 2013

_____/s/_____
ELIZABETH FALK
Assistant Federal Public Defender
Attorney for Defendant

## ORDER

For the reasons stated in court on November 1, 2013, and upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to December 6, 2013 at 9:30 a.m. and that the time from November 1, 2013 through December 6, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).

**IT IS SO ORDERED**

Dated: November 5, 2013

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Stipulation and Order
*U.S. v. Jamie Devon Jack, CR 13-00340 JST*